UNITED STATES COURT OF INTERNATIONAL TRADE               FORM 3

| Jiangxi Brother Pharmaceutical Co., Ltd | |
|---|---|
| **Plaintiff,** v. | **S U M M O N S**  25-00187 |
| **UNITED STATES,** **Defendant.** | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Jiangxi Brother Pharmaceutical Co., Ltd, Exporter and Producer
   (Name and standing of plaintiff)

2. Jiangxi Brother Pharmaceutical Co., Ltd (JBP) is challenging the order and final determination of the Department of Commerce in the Antidumping Duty investigation of Vanillin from the People's Republic of China
   (Brief description of contested determination)

3. July 25, 2025
   (Date of determination)

4. July 28, 2025 at 90 Fed. Reg. 35,504
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ David Craven
Signature of Plaintiff's Attorney

August 19, 2025
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

David Craven, Craven Trade Law LLC
3744 N Ashland, Chicago, IL 60613
773/709-8506
david.craven@tradelaw.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

SERVICE OF SUMMONS BY THE CLERK
Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Howard Lutnick
c/o Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20444